AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| JUDITH ALMENDARIZ, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. |
| ONESPAN INC., et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Judith Almendariz                                   .

Date: 08/20/2020

/s/ Jeremy A. Lieberman
*Attorney's signature*

Jeremy A. Lieberman
*Printed name and bar number*

POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016

*Address*

jalieberman@pomlaw.com
*E mail address*

(212) 661-1100
*Telephone number*

(917) 463-1044
*FAX number*