UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| JUDITH ALMENDARIZ, Individually and On Behalf Of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ONESPAN INC., SCOTT CLEMENTS, and MARK S. HOYT,<br><br>Defendants. | No. 1:20-cv-04906<br><br>CLASS ACTION<br><br>**DECLARATION OF REED R. KATHREIN IN SUPPORT OF MOTION OF MICHAEL PALADINO FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**<br><br>Honorable Joan B. Gottschall |

010947-11/1360955 V1

-1-

I, Reed R. Kathrein, declare as follows:

1.      I am a partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class member Michael Paladino ("Paladino" or "Movant"). I am an attorney licensed to practice law in the States of California, Illinois and Florida. I make this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Movant's Certification;

Exhibit B:    Movant's Loss Chart;

Exhibit C:    Movant's Declaration;

Exhibit D:    Notice of pendency of class action published in *PR Newswire*, a national business-oriented wire service, on August 20, 2020; and

Exhibit E:    Hagens Berman's firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of October 2020, at Berkeley, California.

*/s/ Reed R. Kathrein*

REED R. KATHREIN

-1-

010947-11/1360955 V1

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Reed R. Kathrein*
REED R. KATHREIN

-2-

010947-11/1360955 V1