# Exhibit B

**Loss Analysis for Michael Paladino - OneSpan Inc. (OSPN)**
**Class Period 05/09/18 - 08/11/20**

| | | PURCHASES | | | | | SALES | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period | 08/11/20 | 229 | $31.0700 | $7,115.03 | | | | | |
| Purchases | 08/11/20 | 1,238 | $31.0600 | $38,452.28 | | | | | |
| | 08/11/20 | 100 | $31.0550 | $3,105.50 | | | | | |
| | 08/11/20 | 1,300 | $31.0500 | $40,365.00 | | | | | |
| | 08/11/20 | 100 | $31.0400 | $3,104.00 | | | | | |
| | 08/11/20 | 633 | $31.0299 | $19,641.93 | | | | | |
| | 08/11/20 | 1,100 | $31.0298 | $34,132.78 | | | | | |
| | 08/11/20 | 300 | $31.0150 | $9,304.50 | | | | | |
| | 08/11/20 | 5,000 | $31.1199 | $155,599.50 | | | | | |
| Post Class | | | | | Post Class | *8/13/2020 | 5,000 | $18.8700 | $94,350.00 |
| Purchases | | | | | Sales | *8/13/2020 | 5,000 | $18.8700 | $94,350.00 |

*Movant actually sold 5,000 shares on 08/13/20 at $18.4101 and 5,000 shares on 8/13/20 at $18.6001. However, under the PSLRA's loss limitation, 15 U.S.C. § 78u-4(e)(2), Movant's losses are calculated by using the mean trading price of OSPN between 08/12/20 and 08/13/20, $18.87.*

| | | | | | |
|---|---|---|---|---|---|
| Total Shares Acquired in CP | 10,000 | Total Amt. Paid in CP | $310,820.52 | Total Shares Sold in CP | 0 | Total Amt. Sold in CP | $0.00 |

Post CP Shares Sold: 10,000  Post CP Amount Sold: $188,700.00
Total Shares Sold to Current: 10,000  Total Amt. Sold to Current: $188,700.00 ALTERNATIVE

Actual Net Shares Acquired in CP: 10,000 (CP Retained Shares)

Net Amount Paid in CP: $310,820.52
Net Amount Paid in CP Minus Sold to Current Date: $122,120.52 ALTERNATIVE

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares): 10,000 Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date: 0 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP: $21.84

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price: $218,370.83
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price: $0.00 ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price: $310,820.52 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price): $92,449.68
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP): $122,120.52 ALTERNATIVE