# Exhibit D

# Pomerantz Law Firm Announces the Filing of a Class Action against OneSpan, Inc. and Certain Officers - OSPN

NEWS PROVIDED BY
**Pomerantz LLP** →
Aug 20, 2020, 23:04 ET

NEW YORK, Aug. 20, 2020 /PRNewswire/ -- Pomerantz LLP announces that a class action lawsuit has been filed against OneSpan, Inc. ("OneSpan" or the "Company") (NASDAQ: OSPN) and certain of its officers.   The class action, filed in United States District Court for the Northern District of Illinois, Eastern Division, and docketed under 20-cv-04906, is on behalf of a class consisting of all persons other than Defendants who purchased or otherwise acquired OneSpan securities between May 9, 2018, and August 11, 2020, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased OneSpan securities during the class period, you have until October 19, 2020, to ask the Court to appoint you as Lead Plaintiff for the class.  A copy of the Complaint can be obtained at www.pomerantzlaw.com.   To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

/

OneSpan was founded in 1991 and is headquartered in Chicago, Illinois. The Company was formerly known as VASCO Data Security International, Inc. and changed its name to OneSpan Inc. in May 2018. OneSpan, together with its subsidiaries, designs, develops and markets digital solutions for identity, security, and business productivity worldwide.

The Complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operational, and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) OneSpan had inadequate disclosure controls and procedures and internal control over financial reporting; (ii) as a result, OneSpan overstated its revenue relating to certain contracts with customers involving software licenses in its financial statements spread out over the quarters from the first quarter of 2018 to the first quarter of 2020; (iii) as a result, it was foreseeably likely that the Company would eventually have to delay one or more scheduled earnings releases, conference calls, and/or financial filings with the SEC; (iv) OneSpan downplayed the negative impacts of errors in its financial statements; (v) all the foregoing, once revealed, was foreseeably likely to have a material negative impact on the Company's financial results and reputation; and (vi) as a result, the Company's public statements were materially false and misleading at all relevant times.

On August 4, 2020, during pre-market hours, OneSpan postponed its second-quarter 2020 earnings release and conference call by one week, attributing the delay to prior period revenue recognition problems relating to certain software license contracts spread out over the quarters from the first quarter of 2018 to the first quarter of 2020. OneSpan further stated that "[t]he net contract assets that originated from a portion of these contracts in prior periods were not properly accounted for in subsequent periods, which caused overstatements of revenue."

On this news, OneSpan's common share price fell $0.46 per share, or 1.40%, to close at $32.50 per share on August 4, 2020.

Then, on August 11, 2020, during after-market hours, OneSpan disclosed that it would not timely file its quarterly report for the quarter ended June 30, 2020, with the SEC; reported that same quarter year-over-year revenues had declined; and withdrew its full-year 2020 earnings guidance, which the Company had affirmed one quarter earlier.

On this news, Onespan's common share price fell $12.36 per share, or 39.62%, to close at $18.84 per share on August 12, 2020.

The Pomerantz Firm, with offices in New York, Chicago, Los Angeles, and Paris is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com.

CONTACT:

Robert S. Willoughby

Pomerantz LLP

rswilloughby@pomlaw.com

SOURCE Pomerantz LLP

Related Links

http://www.pomerantzlaw.com