UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUDITH ALMENDARIZ, Individually and On Behalf of All Others Similarly Situated, | Civil Action No.  1:20-cv-04906 |
| Plaintiff, | CLASS ACTION |
| v. | |
| ONESPAN INC., SCOTT CLEMENTS, and MARK S. HOYT, | Hon. Joan B. Gottschall |
| Defendants. | |

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF FLAVIO A. LEMOS AND GIOVANNI FICARA FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF CO-LEAD COUNSEL**

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Flavio A. Lemos and Giovanni Ficara (together, "Lemos and Ficara"), and have personal knowledge of the facts set forth herein.

2.      I make this Declaration in support of Lemos and Ficara's motion for appointment as Co-Lead Plaintiffs for the Class and approval of their selection of Pomerantz and The Rosen Law Firm, P.A. ("Rosen") as Co-Lead Counsel for the Class.

3.      Attached hereto as the exhibits indicated are copies of the following:

Exhibit A:     Loss chart of Lemos and Ficara;

Exhibit B:     Press release published over *PR Newswire*, announcing the pendency of the above-captioned action;

Exhibit C:     Shareholder Certifications executed by Lemos and Ficara;

Exhibit D:     Firm resume of Pomerantz; and

Exhibit E:     Firm resume of Rosen.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 19, 2020, at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1