# EXHIBIT A

**OneSpan Inc. (OSPN)**
**Class Period: May 9, 2018, and August 11, 2020**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 66-Day Mean Price $21.7651 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lemos, Flavio A. | 6/19/2020 | 400 | $24.8000 | ($9,920) | | | | | | | |
| Lemos, Flavio A. | 7/13/2020 | 100 | $28.4100 | ($2,841) | | | | | | | |
| **Lemos, Flavio A.** | | **500** | | **($12,761)** | | | | | **500** | **$10,883** | **($1,878)** |
| | | | | | | | | | | | |
| Ficara, Giovanni | 6/25/2020 | 37 | $26.4900 | ($980) | 8/31/2020 | (24) | $21.0000 | $504 | | | |
| Ficara, Giovanni | 6/25/2020 | 32 | $26.9500 | ($862) | 8/31/2020 | (24) | $20.9200 | $502 | | | |
| Ficara, Giovanni | 7/1/2020 | 24 | $28.0300 | ($673) | | | | | | | |
| Ficara, Giovanni | 7/1/2020 | 24 | $28.0300 | ($673) | | | | | | | |
| **Ficara, Giovanni** | | **117** | | **($3,188)** | | **(48)** | | **$1,006** | **117** | **$1,502** | **($680)** |
| | | | | | | | | | | | |
| Summary | | | | | | | | | | | |
| Lemos, Flavio A. | | 500 | | ($12,761) | | 0 | | $0 | 500 | | ($1,878) |
| Ficara, Giovanni | | 117 | | ($3,188) | | (48) | | $1,006 | 117 | | ($680) |
| **Total** | | **617** | | **($15,949)** | | **(48)** | | **$1,006** | **617** | | **($2,559)** |

*Avg Closing Prices from August 12 to October 16