UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| JUDITH ALMENDARIZ, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br> vs.<br><br>ONESPAN INC., et al.,<br><br>       Defendants. | Case No.  1:20-cv-04906<br><br>CLASS ACTION<br><br>Judge Joan B. Gottschall<br>Magistrate Judge Jeffrey T. Gilbert |

RESPONSE TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF

4841-0286-9968.v1

Four movants filed motions seeking appointment as lead plaintiff and approval of their selection of counsel. *See* ECF Nos. 9, 12, 16, 18. Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), district courts are to adopt a presumption that the applicant with the largest financial interest in the relief sought by the class that also satisfies the requirements of Fed. R. Civ. P. 23 is the "most adequate plaintiff." 15 U.S.C. §78u-4(a)(3)(B)(iii).

Here, while Waterford Township General Employees Retirement System suffered over $17,052 in losses, and it satisfies the Rule 23 requirements, the Retirement System acknowledges that its loss is not the largest. If the Court determines that the movant that claims a larger financial interest is unable, unwilling, or unqualified to serve as lead plaintiff, or that the putative class would be well-served by the involvement of an experienced institutional investor and sophisticated fiduciary, the Retirement System stands ready, willing, and able to fulfill that role on behalf of the class. *See, e.g.*, *Odeh v. Immunomedics, Inc.*, 2019 WL 8091604, at *3 (D.N.J. Sept. 10, 2019) (finding it appropriate to appoint institutional investor as lead plaintiff alongside an individual investor because the individual "'will be able to benefit from the investment experience of [the Pension Trust], as an institutional investor]") (alteration in original) (citation omitted).

DATED: October 29, 2020

Respectfully submitted,

ROBBINS GELLER RUDMAN  
 & DOWD LLP  
DANIELLE S. MYERS  
JENNIFER N. CARINGAL  
JUAN CARLOS SANCHEZ

s/ Danielle S. Myers  
DANIELLE S. MYERS

- 1 -

4841-0286-9968.v1

- 2 -

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
jsanchez@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
BRIAN E. COCHRAN (IL Bar # 6329016)
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  312/674-4674
312/674-4676 (fax)
bcochran@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

ASHERKELLY
CYNTHIA J. BILLINGS-DUNN
25800 Northwestern Highway, Suite 1100
Southfield, MI  48075
Telephone:  248/746-2710
248/747-2809 (fax)
cbdunn@asherkellylaw.com

Additional Counsel for [Proposed] Lead Plaintiff

4841-0286-9968.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on October 29, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: dmyers@rgrdlaw.com

4841-0286-9968.v1

# Mailing Information for a Case 1:20-cv-04906 Almendariz v. OneSpan Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com,nicolleg@hbsslaw.com

- **Lucas Gilmore**
  lucasg@hbsslaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Reed R Kathrein**
  reed@hbsslaw.com,danielles@hbsslaw.com,lisal@hbsslaw.com,sf_filings@hbsslaw.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,tcrockett@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Marvin Alan Miller**
  Mmiller@millerlawllc.com,ajewell@millerlawllc.com,LFanning@millerlawllc.com,drobinson@millerlawlllc.com,JRamirez@millerlawllc.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)