IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Judith Almendariz, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 20-cv-4906 |
| v. | ) ) | Honorable Joan B. Gottschall |
| OneSpan Inc., et al., | ) ) | |
| Defendants. | ) | |

## ORDER

By order entered March 19, 2021, the court directed the parties to propose a process for identifying another lead plaintiff. ECF No. 56. In their status report filed March 26, 2021, defendant and former lead plaintiff Michael Paladino ("Paladino") argued that the case should instead be dismissed in accordance with Paladino's notice of voluntary dismissal filed while he was the lead plaintiff. ECF No. 57. Defendant and Paladino submitted significant new evidence, including the affidavit of one of Paladino's lawyers, describing the steps taken by counsel and Paladino to investigate the legal and factual grounds for filing an amended complaint and their reasons for instead electing to dismiss this action without prejudice. *See* Decl. of Reed R. Kathrein, ECF No. 57-1.

Because the proposed dismissal would result in the dismissal of named plaintiff Judith Almendariz's claims without prejudice, the court provided her with an opportunity to respond. Minute Entry, Mar. 30, 2021, ECF No. 58. Her response deadline has come and gone, and Ms. Almendariz has filed no opposition.

Based on the evidence attached to the status report filed March 26, 2021, which was not previously presented to the court, the court no longer considers it appropriate to exercise its

discretion to re-initiate the process of identifying a new lead plaintiff.  As defendant and Paladino propose, issuance of the press release attached to the status report dated March 26, 2021, ECF No. 57-2, will adequately address concerns that class members may be relying on the pendency of this case to toll the statute of limitations for bringing any individual claims.

      Accordingly, defendant and Paladino are directed to file proof of publication of their proposed press release, ECF No. 57-2.  Once proof of publication has been filed, the court will enter an order dismissing this action without prejudice.

Dated: April 21, 2021                                                            /s/
                                                                                      Joan B. Gottschall
                                                                                     United States District Judge