**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Judith Almendariz

               Plaintiff,

v.

                                     Case No.: 1:20–cv–04906
                                     Honorable Joan B. Gottschall

OneSpan Inc., et al.

               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 28, 2021:

      MINUTE entry before the Honorable Joan B. Gottschall: Proof of service (No. [61]) of the proposed press release having been filed in accordance with the order (No. [60]) entered 4/21/2021, this action is dismissed without prejudice. Enter judgment. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.