### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Judith Almendariz, Individually and On Behalf of All Others Similarly Situated,  )  )  )  Plaintiff,  )  )  v.  )  )  OneSpan Inc., Scott Clements, and  )  Mark S. Hoyt,  )  )  Defendants.  ) | Case No.: 20-cv-4906  Honorable Joan B. Gottschall |

## JUDGMENT

In accordance with the order entered April 21, 2021, and the proof of publication filed April 27, 2021, it is ordered and adjudged that the above-captioned civil action be, and it hereby is, dismissed without prejudice. This is a final judgment.

Dated: April 28, 2021

/s/
Joan B. Gottschall
United States District Judge